# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 3:26-MJ-164 |
| | § | |
| TITO MARRERO | § | |
| | § | |

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE DETENTION HEARING

To the Honorable Brian McKay, United States Magistrate Court Judge for the Northern District of Texas:

COMES NOW, counsel of record Kara L. Carreras, and hereby moves the Honorable Court for an Unopposed Motion to Continue Detention hearing pursuant to 18 U.S.C. 3142(f)(2), and, in support thereof, would respectfully show the Court the following:

1. Mr. Marrero is charged by a criminal complaint with the offense of Retaliation Against a Federal Official a violation of 18 U.S.C. § 115(b). The government filed a motion seeking detention of Mr. Marrero and a hearing is currently scheduled for February 27, 2026. ECF No. 9

2. Counsel for Mr. Marrero filed a motion with this Court under seal. ECF No. 12. Based on the sealed filing, Counsel believes that good cause

exists to continue the hearing until such time the issues raised in ECF No. 12 are resolved.

3.    The defense certifies that this request is not due to a lack of due diligence by defense counsel but rather made in the interests of justice.

The defense respectfully requests that the Court grant a continuance of the defendant's detention hearing at this time.  Defense counsel conferred this motion with Assistant United States Attorney; Katy Garner and the government is unopposed to the relief sought in this motion.

Respectfully submitted,


*/s/Kara L. Carreras*
Kara L. Carreras
Texas Bar No.  24028942
604 E 4th St. Ste 101
Fort Worth Texas 76102
817-795-9956
kara@fortworthdefense.com


## CERTIFICATE OF CONFERENCE


On February 26, 2026, Counsel certifies that she contacted Assistant United States Attorney, Katy Garner, and she is not opposed but as of the filing of this motion.


*/s/Kara L. Carreras*

Kara L. Carreras


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Defendant's Unopposed Motion to Continue was electronically filed with the clerk of Court for the United States District Court, Northern District and notice provided to Assistant United States Attorney, via ECF filing.

*/s/Kara L. Carreras*
Kara L. Carreras